165 So.2d 481

**Alphonse L. BREAUX et al.**

**v.**

**PAN AMERICAN PETROLEUM CORPORATION and Socony Mobile Oil Company, Inc.**

**No. 47317.**

June 26, 1964.

In re: Alphonse L. Breaux et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron. 163 So.2d 406.

**582**

The application is denied. We find no error of law in the judgment complained of.